United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL DEAN JONES,

    Petitioner,

    v.

RON BARNES, Acting Warden,

    Respondent.
                                /

No. C 12-4244 SI (pr)

**ORDER EXTENDING DEADLINES**

Respondent has filed an *ex parte* request for an extension of time to respond to the petition for writ of habeas corpus. Having considered the request and the accompanying declaration of attorney Jeffrey Laurence, the court GRANTS respondent's request. (Docket # 8.) Respondent must file and serve his response to the petition no later than **February 22, 2013**. Petitioner must file and serve his traverse no later than **March 22, 2013.**

IT IS SO ORDERED.

DATED: December 20, 2012

                                                 SUSAN ILLSTON
                                         United States District Judge