**United States District Court**
For the Northern District of California

1

2

3

4

5              UNITED STATES DISTRICT COURT

6              NORTHERN DISTRICT OF CALIFORNIA

7

8    MICHAEL DEAN JONES,                        No. C 12-4244 SI (pr)

9                Petitioner,                    **ORDER EXTENDING DEADLINES**

10         v.

11
     RON BARNES, Acting Warden,
12
                Respondent.
13   _____/

14

15        Respondent has filed an *ex parte* request for an extension of time to respond to the

16   petition for writ of habeas corpus.  Having considered the request and the accompanying

     declaration of attorney Jeffrey Laurence, the court GRANTS respondent's request. (Docket #
17
     8.) Respondent must file and serve his response to the petition no later than **February 22, 2013**.
18
     Petitioner must file and serve his traverse no later than **March 22, 2013.**
19
          IT IS SO ORDERED.
20
     DATED: December 20, 2012
21
                                               SUSAN ILLSTON
                                               United States District Judge
22

23

24

25

26

27

28