United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL DEAN JONES,                      No. C 12-4244 SI (pr)

      Petitioner,                         **ORDER EXTENDING DEADLINES**

    v.

RON BARNES, Acting Warden,

      Respondent.
                                     /

      Respondent has filed a second *ex parte* request for an extension of time to respond to the petition for writ of habeas corpus. Having considered the request and the accompanying declaration of attorney Jeffrey Laurence, the court GRANTS respondent's request. (Docket # 11.) Respondent must file and serve his response to the petition no later than **April 26, 2013**. Petitioner must file and serve his traverse no later than **May 24, 2013.**

      IT IS SO ORDERED.

DATED: February 27, 2013

                                                              SUSAN ILLSTON
                                                              United States District Judge