UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL DEAN JONES,

    Petitioner,

v.

RON BARNES, Acting Warden,

    Respondent.
                                 /

No. C 12-4244 SI (pr)

**ORDER EXTENDING DEADLINES**

    Respondent has filed a third *ex parte* request for an extension of time to respond to the petition for writ of habeas corpus. Having considered the request and the accompanying declaration of attorney Jeffrey Laurence, the court GRANTS respondent's request. (Docket # 14.) Respondent must file and serve his response to the petition no later than **June 28. 2013**. *No further extensions should be expected because by the time the deadline arrives, respondent will have had more than eight months to prepare his answer*. Petitioner must file and serve his traverse no later than **July 26, 2013.**

    IT IS SO ORDERED.

DATED: April 30, 2013

                                                       SUSAN ILLSTON
                                            United States District Judge