UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL DEAN JONES, | No. C 12-4244 SI (pr) |
|     Petitioner, | **ORDER DENYING MOTIONS** |
|     v. | |
| RON BARNES, Acting Warden, | |
|     Respondent. | |

    Petitioner filed a request for oral argument (Docket # 19) and a request for an evidentiary hearing (Docket # 20). The motions are DENIED. After consideration of the merits of the petition, the court has determined that an evidentiary hearing is unnecessary.

    IT IS SO ORDERED.

DATED: January 17, 2014

                                                          SUSAN ILLSTON
                                                       United States District Judge