UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL DEAN JONES,

        Petitioner,

    v.

RON BARNES, Warden,

        Respondent.

_____/

No. C 12-4244 SI (PR)

**ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE NOTICE OF APPEAL AND REQUEST FOR CERTIFICATE OF APPEALABILITY**

Petitioner filed a pro se petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On January 16, 2014, the Court denied Petitioner's petition on the merits and entered judgment. In that same order, pursuant to the federal rules, the Court denied a certificate of appealability.

On February 9, 2014, Petitioner filed a letter indicating that he needs an extension of time to "get back in the Law Libery [sic]." (Docket No. 25 at 2.) The Court construes this letter as a motion for an extension of time to file a notice of appeal ("NOA"). See Fed. R. App. P. 4(a)(1). Federal Rule of Appellate Procedure 4(a)(5) allows a party to move for an extension of time if the party so moves within thirty days of the expiration of the time to file the notice, and shows excusable neglect or good cause. Good cause being shown, the Court GRANTS Petitioner's motion for extension of time to file an NOA. Petitioner shall file an NOA and a motion for a certificate of appealability with the Ninth Circuit **no later than April 24, 2014.**

    **IT IS SO ORDERED**.

DATED: April 10, 2014

                            _____

                               SUSAN ILLSTON
                         United States District Judge

**United States District Court**
For the Northern District of California